

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00261-CV

| | | |
|---|---|---|
| MARIA ARBAIZA, AS THE REPRESENTATIVE ON BEHALF OF THE ESTATE OF JULIO CESAR BAIZA ARBAIZA; MARIA ARBAIZA, INDIVIDUALLY AND AS NEXT FRIEND TO JULIO CESAR BAIZA ARBAIZA'S MINOR CHILD M.A.B.A.; AND JULIO CESAR BAIZA, SR., Appellants | § <br><br><br><br><br> § | On Appeal from the 153rd District Court <br><br><br><br><br> of Tarrant County (153-343699-23) |
| V. | | |
| | § | September 7, 2023 |
| CHICAS LOCAS, INC.; FARE ARLINGTON; T AND N INCORPORATED; ARLINGTON ENTERTAINMENT LLC; DUNCAN BURCH; BERT EZRA STAIR; AND STEVEN W. CRAFT, Appellees | § | Memorandum Opinion by Justice Kerr |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr